WILLIAM MESSER, Respondent, *v.* JACK WEINER CORPORATION, Appellant.

Argued October 11, 1945; decided January 18, 1946.

*Jay Leo Rothschild* and *Louis Rivkin* for appellant.

*Louis D. Frohlich, Herbert P. Jacoby, Julia Perles* and *Lawrence C. Gibbs* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.